RELIANCE FIRST CAPITAL LLC
PAYROLL ACCOUNT
201 OLD COUNTRY ROAD SUITE 205
MELVILLE, NY 11747-0000
516-422-8800

DATE: 01/04/2019
CHECK NO.: Direct Deposit

PAY TO THE ORDER OF:
SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH PA 15217

Total Net Direct Deposit(s)
**$635.60**
AMOUNT

VOID THIS IS NOT A CHECK................................

CITIBANK NA BR# 766
730 VETERANS MEMORIAL HIGHWAY
HAUPPAUGE, NY 11788

PAY ONLY 00 CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                    FOLD AND REMOVE

### PERSONAL AND CHECK INFORMATION
SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH, PA 15217

Soc Sec #: XXX-XX-XXXX    Employee ID: 1584
Hire Date: 07/27/15
Status: C4
Filing Status:
Federal: Single, 0
State: PA, Single, 0
Br/Dept: 13/131800

Pay Period: 12/16/18 to 12/29/18
Check Date: 01/04/19    Check #: Direct Deposit

**TIME OFF** (Based On Policy Year)

DESCRIPTION
VACA NEW HIRE AFTR 6/30 DRAW 4 - HOURS
  AMT TAKEN
    24.000
SICK DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
    0.000
PERSONAL (DRAW 1-5) - HOURS
  AMT TAKEN
    0.000
HOLIDAY (DRAW 1-5) - HOURS
  AMT TAKEN
    8.000
OPTIONAL HLDY DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
    8.000

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 7272 | 635.60 | 635.60 |
| Net Pay | 635.60 | 635.60 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| MED125(PA,TN) | | | -96.92 | | -96.92 |
| DEN125(PA,TN) | | | -7.38 | | -7.38 |
| DRAW OPTIONAL H | 8.00 | 11.5384 | 92.31 | 8.00 | 92.31 |
| DRAW HOLIDAY | 8.00 | 11.5384 | 92.31 | 8.00 | 92.31 |
| DRAW | 40.00 | 11.5384 | 461.54 | 40.00 | 461.54 |
| DRAW VACATION | 24.00 | 11.5384 | 276.92 | 24.00 | 276.92 |
| VIS125(PA,TN) | | | -1.85 | | -1.85 |
| **HOURS WORKED** | | | | | |
| **ADJ EARNINGS** | | | 816.93 | | 816.93 |
| **GROSS EARNINGS** | 80.00 | | 923.08 | 80.00 | 923.08 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 83.03 | 83.03 |
| ADDTL FEDERAL 10.00 | | |
| OASDI | 50.65 | 50.65 |
| MEDICARE | 11.85 | 11.85 |
| STATE W/H PA | 25.08 | 25.08 |
| STATE SUI PA | 0.55 | 0.55 |
| PA  1167NGRNTR | 8.17 | 8.17 |
| PA  3871-LGREA | 2.00 | 2.00 |
| TOTAL | 181.33 | 181.33 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 635.60 | 635.60 |

Payrolls by Paychex, Inc.
408-D164 RELIANCE FIRST CAPITAL LLC ■ PAYROLL ACCOUNT ■ 201 OLD COUNTRY ROAD SUITE 205 ■ MELVILLE, NY 11747-0000 ■ 516-422-8800 ■

RELIANCE FIRST CAPITAL LLC
PAYROLL ACCOUNT
201 OLD COUNTRY ROAD SUITE 205
MELVILLE, NY 11747-0000
516-422-8800

1408-D164 12131800 1584

01/15/2019    Direct Deposit
DATE    CHECK NO.

PAY TO THE ORDER OF

SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH PA 15217

Total Net Direct Deposit(s)
**$6135.35**
AMOUNT

VOID THIS IS NOT A CHECK..................................

CITIBANK NA BR# 766
730 VETERANS MEMORIAL HIGHWAY
HAUPPAUGE, NY 11788

PAY ONLY ZERO 00 CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                             FOLD AND REMOVE

## PERSONAL AND CHECK INFORMATION

SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH, PA 15217

Soc Sec #: XXX-XX-XXXX    Employee ID: 1584
Hire Date: 07/27/15
Status: C4
Filing Status:
Federal: Single, 0
State: PA, Single, 0
Br/Dept: 13/131800

Pay Period: 12/01/18 to 12/31/18
Check Date: 01/15/19    Check #: Direct Deposit

TIME OFF (Based On Policy Year)

DESCRIPTION
VACA NEW HIRE AFTR 6/30 DRAW 4 - HOURS
  AMT TAKEN
    24.000
SICK DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
    0.000
PERSONAL (DRAW 1-5) - HOURS
  AMT TAKEN
    0.000
HOLIDAY (DRAW 1-5) - HOURS
  AMT TAKEN
    8.000
OPTIONAL HLDY DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
    8.000

## NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 7272 | 6135.35 | 6770.95 |
| Net Pay | 6135.35 | 6770.95 |

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| COMMISSION | | | 8701.70 | | 8701.70 |
| MED125(PA,TN) | | | | | -96.92 |
| DEN125(PA,TN) | | | | | -7.38 |
| DRAW OPTIONAL H | | | | 8.00 | 92.31 |
| DRAW HOLIDAY | | | | 8.00 | 92.31 |
| DRAW | | | | 40.00 | 461.54 |
| DRAW VACATION | | | | 24.00 | 276.92 |
| VIS125(PA,TN) | | | | | -1.85 |
| **HOURS WORKED** | | | | | |
| **ADJ EARNINGS** | | | 8701.70 | | 9518.63 |
| **GROSS EARNINGS** | | | 8701.70 | 80.00 | 9624.78 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 1536.95 | 1619.98 |
|   ADDTL FEDERAL 10.00 | | |
| OASDI | 539.51 | 590.16 |
| MEDICARE | 126.17 | 138.02 |
| STATE W/H PA | 267.14 | 292.22 |
| STATE SUI PA | 5.22 | 5.77 |
| PA 1167NGRNTR | 87.02 | 95.19 |
| PA 3871-LGREA | 4.34 | 6.34 |
| TOTAL | 2566.35 | 2747.68 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 6135.35 | 6770.95 |

Payrolls by Paychex, Inc.

1408-D164 RELIANCE FIRST CAPITAL LLC ■ PAYROLL ACCOUNT ■ 201 OLD COUNTRY ROAD SUITE 205 ■ MELVILLE, NY 11747-0000 ■ 516-422-8800 ■

**RELIANCE FIRST CAPITAL LLC**
PAYROLL ACCOUNT
201 OLD COUNTRY ROAD SUITE 205
MELVILLE, NY 11747-0000
516-422-8800

| DATE | CHECK NO. |
|---|---|
| 01/18/2019 | Direct Deposit |

PAY TO THE ORDER OF

SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH PA 15217

Total Net Direct Deposit(s)
**$657.72**

AMOUNT

VOID THIS IS NOT A CHECK..........................................

CITIBANK NA BR# 766
730 VETERANS MEMORIAL HIGHWAY
HAUPPAUGE, NY 11788

PAY ONLY ZERO CTS CTS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

*Payrolls by Paychex, Inc.*

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                                   FOLD AND REMOVE

### PERSONAL AND CHECK INFORMATION
SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH, PA 15217

Soc Sec #: XXX-XX-XXXX   Employee ID: 1584
Hire Date: 07/27/15
Status: C4
Filing Status:
Federal: Single, 0
State: PA, Single, 0
Br/Dept: 13/131800

Pay Period: 12/30/18 to 01/12/19
Check Date: 01/18/19    Check #: Direct Deposit
**TIME OFF** *(Based On Policy Year)*

*DESCRIPTION*
VACA NEW HIRE AFTR 6/30 DRAW 4 - HOURS
  AMT TAKEN
    48.000
SICK DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
    0.000
PERSONAL (DRAW 1-5) - HOURS
  AMT TAKEN
    0.000
HOLIDAY (DRAW 1-5) - HOURS
  AMT TAKEN
    16.000
OPTIONAL HLDY DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
    8.000

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 7272 | 657.72 | 7428.67 |
| Net Pay | 657.72 | 7428.67 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| COMMISSION | | | | | 8701.70 |
| MED125(PA,TN) | | | -96.92 | | -193.84 |
| DEN125(PA,TN) | | | -7.38 | | -14.76 |
| DRAW OPTIONAL H | | | | 8.00 | 92.31 |
| DRAW HOLIDAY | 8.00 | 11.5384 | 92.31 | 16.00 | 184.62 |
| DRAW | 43.50 | 11.5384 | 501.92 | 83.50 | 963.46 |
| DRAW VACATION | 24.00 | 11.5384 | 276.92 | 48.00 | 553.84 |
| OT ADJUSTMENT | | | 80.96 | | 80.96 |
| VIS125(PA,TN) | | | -1.85 | | -3.70 |
| **HOURS WORKED** | | | | | |
| **ADJ EARNINGS** | | | 845.96 | | 10364.59 |
| **GROSS EARNINGS** | 75.50 | | 952.11 | 155.50 | 10576.89 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 86.52 | 1706.50 |
|   ADDTL FEDERAL 10.00 | | |
| OASDI | 52.45 | 642.61 |
| MEDICARE | 12.27 | 150.29 |
| STATE W/H PA | 25.97 | 318.19 |
| STATE SUI PA | 0.57 | 6.34 |
| PA  1167NGRNTR | 8.46 | 103.65 |
| PA  3871-LGREA | 2.00 | 8.34 |
| TOTAL | 188.24 | 2935.92 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 657.72 | 7428.67 |

*Payrolls by Paychex, Inc.*

**0408-D164** RELIANCE FIRST CAPITAL LLC  ■  PAYROLL ACCOUNT  ■  201 OLD COUNTRY ROAD SUITE 205  ■  MELVILLE, NY 11747-0000  ■  516-422-8800  ■

RELIANCE FIRST CAPITAL LLC
PAYROLL ACCOUNT
201 OLD COUNTRY ROAD SUITE 205
MELVILLE, NY 11747-0000
516-422-8800

408-D164 JNDEF
1584

DATE: 02/01/2019    CHECK NO.: Direct Deposit

PAY TO THE ORDER OF

SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH PA 15217

Total Net Direct Deposit(s)
**$635.59**
AMOUNT

VOID THIS IS NOT A CHECK............................................

CITIBANK NA BR# 766
730 VETERANS MEMORIAL HIGHWAY
HAUPPAUGE, NY 11788

 PAY ONLY 0 00 CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                     FOLD AND REMOVE

## PERSONAL AND CHECK INFORMATION
SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH, PA 15217

Soc Sec #: XXX-XX-XXXX    Employee ID: 1584
Hire Date: 07/27/15
Status: C4
Filing Status:
Federal: Single, 0
State: PA, Single, 0
Br/Dept: 13/131800

Pay Period: 01/13/19 to 01/26/19
Check Date: 02/01/19    Check #: Direct Deposit

**TIME OFF** (Based On Policy Year)

DESCRIPTION
ACA NEW HIRE AFTR 6/30 DRAW 4 - HOURS
  AMT TAKEN
    48.000
SICK DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
    0.000
PERSONAL (DRAW 1-5) - HOURS
  AMT TAKEN
    0.000
HOLIDAY (DRAW 1-5) - HOURS
  AMT TAKEN
    16.000
OPTIONAL HLDY DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
    8.000

## NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 7272 | 635.59 | 8064.26 |
| Net Pay | 635.59 | 8064.26 |

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| COMMISSION | | | | | 8701.70 |
| MED125(PA,TN) | | | -96.92 | | -290.76 |
| DEN125(PA,TN) | | | -7.38 | | -22.14 |
| DRAW OPTIONAL H | | | | 8.00 | 92.31 |
| DRAW HOLIDAY | | | | 16.00 | 184.62 |
| DRAW | 80.00 | 11.5384 | 923.07 | 163.50 | 1886.53 |
| DRAW VACATION | | | | 48.00 | 553.84 |
| OT ADJUSTMENT | | | | | 80.96 |
| VIS125(PA,TN) | | | -1.85 | | -5.55 |
| **HOURS WORKED** | | | | | |
| ADJ EARNINGS | | | 816.92 | | 11181.51 |
| GROSS EARNINGS | 80.00 | | 923.07 | 235.50 | 11499.96 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 83.03 | 1789.53 |
|   ADDTL FEDERAL 10.00 | | |
| OASDI | 50.65 | 693.26 |
| MEDICARE | 11.85 | 162.14 |
| STATE W/H PA | 25.08 | 343.27 |
| STATE SUI PA | 0.55 | 6.89 |
| PA 1167NGRNTR | 8.17 | 111.82 |
| PA 3871-LGREA | 2.00 | 10.34 |
| **TOTAL** | 181.33 | 3117.25 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 635.59 | 8064.26 |

Payrolls by Paychex, Inc.
408-D164 RELIANCE FIRST CAPITAL LLC ■ PAYROLL ACCOUNT ■ 201 OLD COUNTRY ROAD SUITE 205 ■ MELVILLE, NY 11747-0000 ■ 516-422-8800 ■

RELIANCE FIRST CAPITAL LLC
PAYROLL ACCOUNT
201 OLD COUNTRY ROAD SUITE 205
MELVILLE, NY 11747-0000
516-422-8800

0408-D164-DIRDEP
1584

02/15/2019 DATE

**Direct Deposit**
CHECK NO.

PAY TO THE ORDER OF

SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH PA 15217

Total Net Direct Deposit(s)
**$760.93**
AMOUNT

VOID THIS IS NOT A CHECK..................................................

CITIBANK NA BR# 766
730 VETERANS MEMORIAL HIGHWAY
HAUPPAUGE, NY 11788

PAY ONLY ZERO CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH, PA 15217

Soc Sec #: XXX-XX-XXXX    Employee ID: 1584
Hire Date: 07/27/15
Status: C4
Filing Status:
Federal: Single, 0
State: PA, Single, 0
Br/Dept: 13/131800

Pay Period: 01/01/19 to 01/31/19
Check Date: 02/15/19    Check #: Direct Deposit

**TIME OFF** (Based On Policy Year)

DESCRIPTION
ACA NEW HIRE AFTR 6/30 DRAW 4 - HOURS
  AMT TAKEN
    48.000
SICK DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
    0.000
PERSONAL (DRAW 1-5) - HOURS
  AMT TAKEN
    0.000
HOLIDAY (DRAW 1-5) - HOURS
  AMT TAKEN
    16.000
OPTIONAL HLDY DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
    8.000

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 7272 | 760.93 | 8825.19 |
| Net Pay | 760.93 | 8825.19 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| COMMISSION | | | 950.66 | | 9652.36 |
| MED125(PA,TN) | | | | | -290.76 |
| DEN125(PA,TN) | | | | | -22.14 |
| DRAW OPTIONAL H | | | | 8.00 | 92.31 |
| DRAW HOLIDAY | | | | 16.00 | 184.62 |
| DRAW | | | | 163.50 | 1886.53 |
| DRAW VACATION | | | | 48.00 | 553.84 |
| OT ADJUSTMENT | | | | | 80.96 |
| VIS125(PA,TN) | | | | | -5.55 |
| **HOURS WORKED** | | | | | |
| **ADJ EARNINGS** | | | 950.66 | | 12132.17 |
| **GROSS EARNINGS** | | | 950.66 | 235.50 | 12450.62 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 73.40 | 1862.93 |
|   ADDTL FEDERAL 10.00 | | |
| OASDI | 58.94 | 752.20 |
| MEDICARE | 13.78 | 175.92 |
| STATE W/H PA | 29.19 | 372.46 |
| STATE SUI PA | 0.57 | 7.46 |
| PA 1167NGRNTR | 9.51 | 121.33 |
| PA 3871-LGREA | 4.34 | 14.68 |
| **TOTAL** | 189.73 | 3306.98 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 760.93 | 8825.19 |

Payrolls by Paychex, Inc.

108-D164 RELIANCE FIRST CAPITAL LLC ■ PAYROLL ACCOUNT ■ 201 OLD COUNTRY ROAD SUITE 205 ■ MELVILLE, NY 11747-0000 ■ 516-422-8800 ■

RELIANCE FIRST CAPITAL LLC
PAYROLL ACCOUNT
201 OLD COUNTRY ROAD SUITE 205
MELVILLE, NY 11747-0000
516-422-8800

DATE: 02/15/2019
CHECK NO.: Direct Deposit

PAY TO THE ORDER OF:
SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH PA 15217

Total Net Direct Deposit(s)
**$642.84**

VOID THIS IS NOT A CHECK..........................................

CITIBANK NA BR# 766
730 VETERANS MEMORIAL HIGHWAY
HAUPPAUGE, NY 11788

PAY ONLY 00 CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH, PA 15217

Soc Sec #: XXX-XX-XXXX    Employee ID: 1584
Hire Date: 07/27/15
Status: C4
Filing Status:
Federal: Single, 0
State: PA, Single, 0
Br/Dept: 13/131800

Pay Period: 01/27/19 to 02/09/19
Check Date: 02/15/19    Check #: Direct Deposit

**TIME OFF** (Based On Policy Year)

DESCRIPTION
VACA NEW HIRE AFTR 6/30 DRAW 4 - HOURS
  AMT TAKEN
    48.000
SICK DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
    4.250
PERSONAL (DRAW 1-5) - HOURS
  AMT TAKEN
    0.000
HOLIDAY (DRAW 1-5) - HOURS
  AMT TAKEN
    16.000
OPTIONAL HLDY DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
    8.000

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 7272 | 642.84 | 9468.03 |
| Net Pay | 642.84 | 9468.03 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| COMMISSION | | | | | 9652.36 |
| MED125(PA,TN) | | | -96.92 | | -387.68 |
| DEN125(PA,TN) | | | -7.38 | | -29.52 |
| DRAW OPTIONAL H | | | | 8.00 | 92.31 |
| DRAW HOLIDAY | | | | 16.00 | 184.62 |
| DRAW | 74.75 | 11.5384 | 862.50 | 238.25 | 2749.03 |
| DRAW SICK | 4.25 | 11.5384 | 49.04 | 4.25 | 49.04 |
| DRAW VACATION | | | | 48.00 | 553.84 |
| OT ADJUSTMENT | | | 21.03 | | 101.99 |
| VIS125(PA,TN) | | | -1.85 | | -7.40 |
| **HOURS WORKED** | | | | | |
| ADJ EARNINGS | | | 826.42 | | 12958.59 |
| GROSS EARNINGS | 79.00 | | 932.57 | 314.50 | 13383.19 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 84.17 | 1947.10 |
| ADDTL FEDERAL 10.00 | | |
| OASDI | 51.24 | 803.44 |
| MEDICARE | 11.98 | 187.90 |
| STATE W/H PA | 25.37 | 397.83 |
| STATE SUI PA | 0.56 | 8.02 |
| PA  1167NGRNTR | 8.26 | 129.59 |
| PA  3871-LGREA | 2.00 | 16.68 |
| TOTAL | 183.58 | 3490.56 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 642.84 | 9468.03 |

Payrolls by Paychex, Inc.
408-D164 RELIANCE FIRST CAPITAL LLC  ■  PAYROLL ACCOUNT  ■  201 OLD COUNTRY ROAD SUITE 205  ■  MELVILLE, NY 11747-0000  ■  516-422-8800  ■

RELIANCE FIRST CAPITAL LLC
PAYROLL ACCOUNT
201 OLD COUNTRY ROAD SUITE 205
MELVILLE, NY 11747-0000
516-422-8800

| | |
|---|---|
| DATE | 03/01/2019 |
| CHECK NO. | Direct Deposit |

PAY TO THE ORDER OF

SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH PA 15217

Total Net Direct Deposit(s)
**$635.59**
AMOUNT

VOID THIS IS NOT A CHECK..............................

CITIBANK NA BR# 766
730 VETERANS MEMORIAL HIGHWAY
HAUPPAUGE, NY 11788

PAY ONLY 00 ZERO CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                           FOLD AND REMOVE

## PERSONAL AND CHECK INFORMATION

SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH, PA 15217

Soc Sec #: XXX-XX-XXXX    Employee ID: 1584
Hire Date: 07/27/15
Status: C4
Filing Status:
Federal: Single, 0
State: PA, Single, 0
Br/Dept: 13/131800

Pay Period: 02/10/19 to 02/23/19
Check Date: 03/01/19    Check #: Direct Deposit

### TIME OFF (Based On Policy Year)

DESCRIPTION
VACA NEW HIRE AFTR 6/30 DRAW 4 - HOURS
  AMT TAKEN
    48.000
SICK DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
    4.250
PERSONAL (DRAW 1-5) - HOURS
  AMT TAKEN
    0.000
HOLIDAY (DRAW 1-5) - HOURS
  AMT TAKEN
    24.000
OPTIONAL HLDY DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
    8.000

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 7272 | 635.59 | 10103.62 |
| Net Pay | 635.59 | 10103.62 |

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| COMMISSION | | | | | 9652.36 |
| MED125(PA,TN) | | | -96.92 | | -484.60 |
| DEN125(PA,TN) | | | -7.38 | | -36.90 |
| DRAW OPTIONAL H | | | | 8.00 | 92.31 |
| DRAW HOLIDAY | 8.00 | 11.5384 | 92.31 | 24.00 | 276.93 |
| DRAW | 72.00 | 11.5384 | 830.76 | 310.25 | 3579.79 |
| DRAW SICK | | | | 4.25 | 49.04 |
| DRAW VACATION | | | | 48.00 | 553.84 |
| OT ADJUSTMENT | | | | | 101.99 |
| VIS125(PA,TN) | | | -1.85 | | -9.25 |
| **HOURS WORKED** | | | | | |
| ADJ EARNINGS | | | 816.92 | | 13775.51 |
| GROSS EARNINGS | 80.00 | | 923.07 | 394.50 | 14306.26 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 83.03 | 2030.13 |
|   ADDTL FEDERAL 10.00 | | |
| OASDI | 50.65 | 854.09 |
| MEDICARE | 11.85 | 199.75 |
| STATE W/H PA | 25.08 | 422.91 |
| STATE SUI PA | 0.55 | 8.57 |
| PA 1167NGRNTR | 8.17 | 137.76 |
| PA 3871-LGREA | 2.00 | 18.68 |
| TOTAL | 181.33 | 3671.89 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 635.59 | 10103.62 |

Payrolls by Paychex, Inc.

408-D164 RELIANCE FIRST CAPITAL LLC ■ PAYROLL ACCOUNT ■ 201 OLD COUNTRY ROAD SUITE 205 ■ MELVILLE, NY 11747-0000 ■ 516-422-8800 ■

RELIANCE FIRST CAPITAL LLC
PAYROLL ACCOUNT
201 OLD COUNTRY ROAD SUITE 205
MELVILLE, NY 11747-0000
516-422-8800

03/15/2019    Direct Deposit
DATE    CHECK NO.

PAY TO THE ORDER OF

SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH PA 15217

Total Net Direct Deposit(s)
**$633.82**
AMOUNT

VOID THIS IS NOT A CHECK..........................................

CITIBANK NA BR# 766
730 VETERANS MEMORIAL HIGHWAY
HAUPPAUGE, NY 11788

PAY ONLY 00 CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

---

### PERSONAL AND CHECK INFORMATION

SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH, PA 15217

Soc Sec #: XXX-XX-XXXX    Employee ID: 1584
Hire Date: 07/27/15
Status: C4
Filing Status:
Federal: Single, 0
State: PA, Single, 0
Br/Dept: 13/131800

Pay Period: 02/24/19 to 03/09/19
Check Date: 03/15/19    Check #: Direct Deposit

**TIME OFF** (Based On Policy Year)

DESCRIPTION
ACA NEW HIRE AFTR 6/30 DRAW 4 - HOURS
  AMT TAKEN
    48.000
SICK DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
    12.250
PERSONAL (DRAW 1-5) - HOURS
  AMT TAKEN
    0.000
HOLIDAY (DRAW 1-5) - HOURS
  AMT TAKEN
    24.000
OPTIONAL HLDY DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
    8.000

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 7272 | 633.82 | 10737.44 |
| Net Pay | 633.82 | 10737.44 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| COMMISSION | | | | | 9652.36 |
| MED125(PA,TN) | | | -96.92 | | -581.52 |
| DEN125(PA,TN) | | | -7.38 | | -44.28 |
| DRAW OPTIONAL H | | | | 8.00 | 92.31 |
| DRAW HOLIDAY | | | | 24.00 | 276.93 |
| DRAW | 70.00 | 11.5384 | 807.69 | 380.25 | 4387.48 |
| DRAW SICK | 8.00 | 11.5384 | 92.31 | 12.25 | 141.35 |
| DRAW VACATION | | | | 48.00 | 553.84 |
| OT ADJUSTMENT | | | 20.74 | | 122.73 |
| VIS125(PA,TN) | | | -1.85 | | -11.10 |
| HOURS WORKED | | | | | |
| ADJ EARNINGS | | | 814.59 | | 14590.10 |
| GROSS EARNINGS | 78.00 | | 920.74 | 472.50 | 15227.00 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 82.75 | 2112.88 |
|   ADDTL FEDERAL 10.00 | | |
| OASDI | 50.50 | 904.59 |
| MEDICARE | 11.81 | 211.56 |
| STATE W/H PA | 25.01 | 447.92 |
| STATE SUI PA | 0.55 | 9.12 |
| PA  1167NGRNTR | 8.15 | 145.91 |
| PA  3871-LGREA | 2.00 | 20.68 |
| TOTAL | 180.77 | 3852.66 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 633.82 | 10737.44 |

Payrolls by Paychex, Inc.
108-D164 RELIANCE FIRST CAPITAL LLC ■ PAYROLL ACCOUNT ■ 201 OLD COUNTRY ROAD SUITE 205 ■ MELVILLE, NY 11747-0000 ■ 516-422-8800 ■

**RELIANCE FIRST CAPITAL LLC**
PAYROLL ACCOUNT
201 OLD COUNTRY ROAD SUITE 205
MELVILLE, NY 11747-0000
516-422-8800

0408-D164-DIRDEP
1584

| | |
|---|---|
| 03/29/2019 | Direct Deposit |
| DATE | CHECK NO. |

PAY TO THE ORDER OF

SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH PA 15217

Total Net Direct Deposit(s)
**$635.59**
AMOUNT

VOID THIS IS NOT A CHECK................................................

CITIBANK NA BR# 766
730 VETERANS MEMORIAL HIGHWAY
HAUPPAUGE, NY 11788

PAY ONLY 00 CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                         FOLD AND REMOVE

## PERSONAL AND CHECK INFORMATION

SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH, PA 15217

Soc Sec #: XXX-XX-XXXX    Employee ID: 1584
Hire Date: 07/27/15
Status: C4
Filing Status:
Federal: Single, 0
State: PA, Single, 0
Br/Dept: 13/131800

Pay Period: 03/10/19 to 03/23/19
Check Date: 03/29/19    Check #: Direct Deposit

### TIME OFF (Based On Policy Year)

DESCRIPTION
VACA NEW HIRE AFTR 6/30 DRAW 4 - HOURS
  AMT TAKEN
    55.000
SICK DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
    12.250
PERSONAL (DRAW 1-5) - HOURS
  AMT TAKEN
    0.000
HOLIDAY (DRAW 1-5) - HOURS
  AMT TAKEN
    24.000
OPTIONAL HLDY DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
    8.000

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| COMMISSION | | | | | 9652.36 |
| MED125(PA,TN) | | | -96.92 | | -678.44 |
| DEN125(PA,TN) | | | -7.38 | | -51.66 |
| DRAW OPTIONAL H | | | | 8.00 | 92.31 |
| DRAW HOLIDAY | | | | 24.00 | 276.93 |
| DRAW | 73.00 | 11.5384 | 842.30 | 453.25 | 5229.78 |
| DRAW SICK | | | | 12.25 | 141.35 |
| DRAW VACATION | 7.00 | 11.5384 | 80.77 | 55.00 | 634.61 |
| OT ADJUSTMENT | | | | | 122.73 |
| VIS125(PA,TN) | | | -1.85 | | -12.95 |
| HOURS WORKED | | | | | |
| ADJ EARNINGS | | | 816.92 | | 15407.02 |
| GROSS EARNINGS | 80.00 | | 923.07 | 552.50 | 16150.07 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 83.03 | 2195.91 |
|   ADDTL FEDERAL 10.00 | | |
| OASDI | 50.65 | 955.24 |
| MEDICARE | 11.85 | 223.41 |
| STATE W/H PA | 25.08 | 473.00 |
| STATE SUI PA | 0.55 | 9.67 |
| PA 1167NGRNTR | 8.17 | 154.08 |
| PA 3871-LGREA | 2.00 | 22.68 |
| TOTAL | 181.33 | 4033.99 |

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 7272 | 635.59 | 11373.03 |
| Net Pay | 635.59 | 11373.03 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 635.59 | 11373.03 |

Payrolls by Paychex, Inc.

408-D164 RELIANCE FIRST CAPITAL LLC ■ PAYROLL ACCOUNT ■ 201 OLD COUNTRY ROAD SUITE 205 ■ MELVILLE, NY 11747-0000 ■ 516-422-8800 ■

RELIANCE FIRST CAPITAL
PAYROLL ACCOUNT
201 OLD COUNTRY ROAD SUITE 205
MELVILLE, NY 11747-0000
516-422-8800

13/131800
1584

04/12/2019 DATE    Direct Deposit    CHECK NO.

PAY TO THE ORDER OF

SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH PA 15217

Total Net Direct Deposit(s)
**$644.31**
AMOUNT

VOID THIS IS NOT A CHECK..........................

CITIBANK NA BR# 766
730 VETERANS MEMORIAL HIGHWAY
HAUPPAUGE, NY 11788

PAY ONLY 00 CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                    FOLD AND REMOVE

## PERSONAL AND CHECK INFORMATION

SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH, PA 15217

Soc Sec #: XXX-XX-XXXX    Employee ID: 1584
Hire Date: 07/27/15
Status: C4
Filing Status:
Federal: Single, 0
State: PA, Single, 0
Gr/Dept: 13/131800

Pay Period: 03/24/19 to 04/06/19
Check Date: 04/12/19    Check #: Direct Deposit

TIME OFF (Based On Policy Year)

DESCRIPTION
ACA NEW HIRE AFTR 6/30 DRAW 4 - HOURS
 AMT TAKEN
  55.000
SICK DRAW (CLASS 1-5) - HOURS
 AMT TAKEN
  12.250
PERSONAL (DRAW 1-5) - HOURS
 AMT TAKEN
  0.000
HOLIDAY (DRAW 1-5) - HOURS
 AMT TAKEN
  24.000
OPTIONAL HLDY DRAW (CLASS 1-5) - HOURS
 AMT TAKEN
  8.000

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| COMMISSION | | | | | 9652.36 |
| MED125(PA,TN) | | | -96.92 | | -775.36 |
| DEN125(PA,TN) | | | -7.38 | | -59.04 |
| DRAW OPTIONAL H | | | | 8.00 | 92.31 |
| DRAW HOLIDAY | | | | 24.00 | 276.93 |
| DRAW | 79.00 | 11.5384 | 911.53 | 532.25 | 6141.31 |
| DRAW SICK | | | | 12.25 | 141.35 |
| DRAW VACATION | | | | 55.00 | 634.61 |
| OT ADJUSTMENT | | | 22.97 | | 145.70 |
| VIS125(PA,TN) | | | -1.85 | | -14.80 |
| HOURS WORKED | | | | | |
| ADJ EARNINGS | | | 828.35 | | 16235.37 |
| GROSS EARNINGS | 79.00 | | 934.50 | 631.50 | 17084.57 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 84.40 | 2280.31 |
|  ADDTL FEDERAL 10.00 | | |
| OASDI | 51.36 | 1006.60 |
| MEDICARE | 12.01 | 235.42 |
| STATE W/H PA | 25.43 | 498.43 |
| STATE SUI PA | 0.56 | 10.23 |
| PA 1167NGRNTR | 8.28 | 162.36 |
| PA 3871-LOREA | 2.00 | 24.68 |
| TOTAL | 184.04 | 4218.03 |

## NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 7272 | 644.31 | 12017.34 |
| Net Pay | 644.31 | 12017.34 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 644.31 | 12017.34 |

Payrolls by Paychex, Inc.

108-D164 RELIANCE FIRST CAPITAL LLC ■ PAYROLL ACCOUNT ■ 201 OLD COUNTRY ROAD SUITE 205 ■ MELVILLE, NY 11747-0000 ■ 516-422-8800 ■

**RELIANCE FIRST CAPITAL LLC**
PAYROLL ACCOUNT
201 OLD COUNTRY ROAD SUITE 205
MELVILLE, NY 11747-0000
516-422-8800

0408-D164-DIRDEP
1584

DATE: 04/26/2019
CHECK NO.: Direct Deposit

PAY TO THE ORDER OF:
SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH PA 15217

Total Net Direct Deposit(s)
**$635.59**
AMOUNT

VOID THIS IS NOT A CHECK..........................................

CITIBANK NA BR# 766
730 VETERANS MEMORIAL HIGHWAY
HAUPPAUGE, NY 11788

PAY ONLY 00 CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

*Payrolls by Paychex, Inc.*

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                      FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH, PA 15217

Soc Sec #: XXX-XX-XXXX    Employee ID: 1584
Hire Date: 07/27/15
Status: C4
Filing Status:
Federal: Single, 0
State: PA, Single, 0
Br/Dept: 13/131800

Pay Period: 04/07/19 to 04/20/19
Check Date: 04/26/19    Check #: Direct Deposit

**TIME OFF** *(Based On Policy Year)*

DESCRIPTION
VACA NEW HIRE AFTR 6/30 DRAW 4 - HOURS
  AMT TAKEN
    55.000
SICK DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
    12.250
PERSONAL (DRAW 1-5) - HOURS
  AMT TAKEN
    0.000
HOLIDAY (DRAW 1-5) - HOURS
  AMT TAKEN
    24.000
OPTIONAL HLDY DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
    8.000

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 7272 | 635.59 | 12652.93 |
| Net Pay | 635.59 | 12652.93 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| COMMISSION | | | | | 9652.36 |
| MED125(PA,TN) | | | -96.92 | | -872.28 |
| DEN125(PA,TN) | | | -7.38 | | -66.42 |
| DRAW OPTIONAL H | | | | 8.00 | 92.31 |
| DRAW HOLIDAY | | | | 24.00 | 276.93 |
| DRAW | 80.00 | 11.5384 | 923.07 | 612.25 | 7064.38 |
| DRAW SICK | | | | 12.25 | 141.35 |
| DRAW VACATION | | | | 55.00 | 634.61 |
| OT ADJUSTMENT | | | | | 145.70 |
| VIS125(PA,TN) | | | -1.85 | | -16.65 |
| **HOURS WORKED** | | | | | |
| **ADJ EARNINGS** | | | 816.92 | | 17052.29 |
| **GROSS EARNINGS** | 80.00 | | 923.07 | 711.50 | 18007.64 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 83.03 | 2363.34 |
|   ADDTL FEDERAL 10.00 | | |
| OASDI | 50.65 | 1057.25 |
| MEDICARE | 11.85 | 247.27 |
| STATE W/H PA | 25.08 | 523.51 |
| STATE SUI PA | 0.55 | 10.78 |
| PA  1167NGRNTR | 8.17 | 170.53 |
| PA  3871-LGREA | 2.00 | 26.68 |
| TOTAL | 181.33 | 4399.36 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 635.59 | 12652.93 |

*Payrolls by Paychex, Inc.*
**408-D164** RELIANCE FIRST CAPITAL LLC ■ PAYROLL ACCOUNT ■ 201 OLD COUNTRY ROAD SUITE 205 ■ MELVILLE, NY 11747-0000 ■ 516-422-8800 ■

RELIANCE FIRST CAPITAL LLC
PAYROLL ACCOUNT
201 OLD COUNTRY ROAD SUITE 205
MELVILLE, NY 11747-0000
516-422-8800

05/10/2019
DATE

Direct Deposit
CHECK NO.

PAY TO THE ORDER OF

SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH PA 15217

Total Net Direct Deposit(s)
**$635.59**
AMOUNT

VOID THIS IS NOT A CHECK................................

CITIBANK NA BR# 766
730 VETERANS MEMORIAL HIGHWAY
HAUPPAUGE, NY 11788

PAY ONLY 00 CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                         FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH, PA 15217

Soc Sec #: XXX-XX-XXXX    Employee ID: 1584
Hire Date: 07/27/15
Status: C4
Filing Status:
Federal: Single, 0
State: PA, Single, 0
Br/Dept: 13/131800

Pay Period: 04/21/19 to 05/04/19
Check Date: 05/10/19    Check #: Direct Deposit

**TIME OFF** (Based On Policy Year)

DESCRIPTION
VACA NEW HIRE AFTR 6/30 DRAW 4 - HOURS
  AMT TAKEN
    63.000
SICK DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
    12.250
PERSONAL (DRAW 1-5) - HOURS
  AMT TAKEN
    0.000
HOLIDAY (DRAW 1-5) - HOURS
  AMT TAKEN
    24.000
OPTIONAL HLDY DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
    8.000

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 7272 | 635.59 | 13288.52 |
| Net Pay | 635.59 | 13288.52 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| COMMISSION | | | | | 9652.36 |
| MED125(PA,TN) | | | -96.92 | | -969.20 |
| DEN125(PA,TN) | | | -7.38 | | -73.80 |
| DRAW OPTIONAL H | | | | 8.00 | 92.31 |
| DRAW HOLIDAY | | | | 24.00 | 276.93 |
| DRAW | 72.00 | 11.5384 | 830.76 | 684.25 | 7895.14 |
| DRAW SICK | | | | 12.25 | 141.35 |
| DRAW VACATION | 8.00 | 11.5384 | 92.31 | 63.00 | 726.92 |
| OT ADJUSTMENT | | | | | 145.70 |
| VIS125(PA,TN) | | | -1.85 | | -18.50 |
| **HOURS WORKED** | | | | | |
| ADJ EARNINGS | | | 816.92 | | 17869.21 |
| GROSS EARNINGS | 80.00 | | 923.07 | 791.50 | 18930.71 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 83.03 | 2446.37 |
| ADDTL FEDERAL 10.00 | | |
| OASDI | 50.65 | 1107.90 |
| MEDICARE | 11.85 | 259.12 |
| STATE W/H PA | 25.08 | 548.59 |
| STATE SUI PA | 0.55 | 11.33 |
| PA 1167NGRNTR | 8.17 | 178.70 |
| PA 3971-LGREA | 2.00 | 28.68 |
| TOTAL | 181.33 | 4580.69 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 635.59 | 13288.52 |

Payrolls by Paychex, Inc.

0408-D164 RELIANCE FIRST CAPITAL LLC ■ PAYROLL ACCOUNT ■ 201 OLD COUNTRY ROAD SUITE 205 ■ MELVILLE, NY 11747-0000 ■ 516-422-8800 ■

RELIANCE FIRST CAPITAL LLC
PAYROLL ACCOUNT
201 OLD COUNTRY ROAD SUITE 205
MELVILLE, NY 11747-0000
516-422-8800

**Direct Deposit**
DATE 05/24/2019
CHECK NO.

PAY TO THE ORDER OF

SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH PA 15217

Total Net Direct Deposit(s)
**$596.12**

AMOUNT

VOID THIS IS NOT A CHECK..................................

CITIBANK NA BR# 766
730 VETERANS MEMORIAL HIGHWAY
HAUPPAUGE, NY 11788


PAY ONLY 00 CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                        FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH, PA 15217

Soc Sec #: XXX-XX-XXXX    Employee ID: 1584
Hire Date: 07/27/15
Status: C4
Filing Status:
Federal: Single, 0
State: PA, Single, 0
Br/Dept: 13/131800

Pay Period: 05/05/19 to 05/18/19
Check Date: 05/24/19    Check #: Direct Deposit

**TIME OFF** (Based On Policy Year)
DESCRIPTION
VACA NEW HIRE AFTR 6/30 DRAW 4 - HOURS
  AMT TAKEN
    77.000
SICK DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
    17.750
PERSONAL (DRAW 1-5) - HOURS
  AMT TAKEN
    0.000
HOLIDAY (DRAW 1-5) - HOURS
  AMT TAKEN
    24.000
OPTIONAL HLDY DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
    8.000

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 7272 | 596.12 | 13884.64 |
| Net Pay | 596.12 | 13884.64 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| COMMISSION | | | | | 9652.36 |
| MED125(PA,TN) | | | -96.92 | | -1066.12 |
| DEN125(PA,TN) | | | -7.38 | | -81.18 |
| DRAW OPTIONAL H | | | | 8.00 | 92.31 |
| DRAW HOLIDAY | | | | 24.00 | 276.93 |
| DRAW | 52.25 | 11.5384 | 602.88 | 736.50 | 8498.02 |
| DRAW SICK | 5.50 | 11.5384 | 63.46 | 17.75 | 204.81 |
| DRAW VACATION | 14.00 | 11.5384 | 161.54 | 77.00 | 888.46 |
| OT ADJUSTMENT | | | 43.39 | | 189.09 |
| VIS125(PA,TN) | | | -1.85 | | -20.35 |
| HOURS WORKED | | | | | |
| ADJ EARNINGS | | | 765.12 | | 18634.33 |
| GROSS EARNINGS | 71.75 | | 871.27 | 863.25 | 19801.98 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 76.81 | 2523.18 |
|   ADDTL FEDERAL 10.00 | | |
| OASDI | 47.44 | 1155.34 |
| MEDICARE | 11.09 | 270.21 |
| STATE W/H PA | 23.49 | 572.08 |
| STATE SUI PA | 0.52 | 11.85 |
| PA 1167NGRNTR | 7.65 | 186.35 |
| PA 3871-LGREA | 2.00 | 30.68 |
| TOTAL | 169.00 | 4749.69 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 596.12 | 13884.64 |

Payrolls by Paychex, Inc.
D408-D164 RELIANCE FIRST CAPITAL LLC ■ PAYROLL ACCOUNT ■ 201 OLD COUNTRY ROAD SUITE 205 ■ MELVILLE, NY 11747-0000 ■ 516-422-8800 ■

**RELIANCE FIRST CAPITAL LLC**
PAYROLL ACCOUNT
201 OLD COUNTRY ROAD SUITE 205
MELVILLE, NY 11747-0000
516-422-8800

1408-D164 JSINDEF
1584

| DATE | CHECK NO. |
|---|---|
| 06/07/2019 | Direct Deposit |

PAY TO THE ORDER OF

SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH PA 15217

Total Net Direct Deposit(s)
**$635.59**
AMOUNT

VOID THIS IS NOT A CHECK..................................................

CITIBANK NA BR# 766
730 VETERANS MEMORIAL HIGHWAY
HAUPPAUGE, NY 11788

PAY ONLY ZERO 00 CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

*Payrolls by Paychex, Inc.*

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE ─────────────────────────────────────── FOLD AND REMOVE

## PERSONAL AND CHECK INFORMATION

SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH, PA 15217

Soc Sec #: XXX-XX-XXXX    Employee ID: 1584
Hire Date: 07/27/15
Status: C4
Filing Status:
Federal: Single, 0
State: PA, Single, 0
Br/Dept: 13/131800

Pay Period: 05/19/19 to 06/01/19
Check Date: 06/07/19    Check #: Direct Deposit

**TIME OFF** *(Based On Policy Year)*

DESCRIPTION
VACA NEW HIRE AFTR 6/30 DRAW 4 - HOURS
  AMT TAKEN
   77.000
SICK DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
   17.750
PERSONAL (DRAW 1-5) - HOURS
  AMT TAKEN
   0.000
HOLIDAY (DRAW 1-5) - HOURS
  AMT TAKEN
   32.000
OPTIONAL HLDY DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
   8.000

## NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 7272 | 635.59 | 14520.23 |
| Net Pay | 635.59 | 14520.23 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| COMMISSION | | | | | 9652.36 |
| MED125(PA,TN) | | | -96.92 | | -1163.04 |
| DEN125(PA,TN) | | | -7.38 | | -88.56 |
| DRAW OPTIONAL H | | | | 8.00 | 92.31 |
| DRAW HOLIDAY | 8.00 | 11.5384 | 92.31 | 32.00 | 369.24 |
| DRAW | 72.00 | 11.5384 | 830.76 | 808.50 | 9328.78 |
| DRAW SICK | | | | 17.75 | 204.81 |
| DRAW VACATION | | | | 77.00 | 888.46 |
| OT ADJUSTMENT | | | | | 189.09 |
| VIS125(PA,TN) | | | -1.85 | | -22.20 |
| **HOURS WORKED** | | | | | |
| ADJ EARNINGS | | | 816.92 | | 19451.25 |
| **GROSS EARNINGS** | 80.00 | | 923.07 | 943.25 | 20725.05 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 83.03 | 2606.21 |
|   ADDTL FEDERAL 10.00 | | |
| OASDI | 50.65 | 1205.99 |
| MEDICARE | 11.85 | 282.06 |
| STATE W/H PA | 25.08 | 597.16 |
| STATE SUI PA | 0.55 | 12.40 |
| PA  1167NGRNTR | 8.17 | 194.52 |
| PA  3871-LGREA | 2.00 | 32.68 |
| TOTAL | 181.33 | 4931.02 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 635.59 | 14520.23 |

*Payrolls by Paychex, Inc.*
1408-D164 RELIANCE FIRST CAPITAL LLC ▪ PAYROLL ACCOUNT ▪ 201 OLD COUNTRY ROAD SUITE 205 ▪ MELVILLE, NY 11747-0000 ▪ 516-422-8800 ▪

RELIANCE FIRST CAPITAL LLC
PAYROLL ACCOUNT
201 OLD COUNTRY ROAD SUITE 205
MELVILLE, NY 11747-0000
516-422-8800

0408-D164-DIRDEP
1584

06/14/2019  DATE

Direct Deposit  CHECK NO.

PAY TO THE ORDER OF

SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH PA 15217

Total Net Direct Deposit(s)
**$3184.51**
AMOUNT

VOID THIS IS NOT A CHECK....................................

CITIBANK NA BR# 766
730 VETERANS MEMORIAL HIGHWAY
HAUPPAUGE, NY 11788



**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                  FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH, PA 15217

Soc Sec #: XXX-XX-XXXX   Employee ID: 1584
Hire Date: 07/27/15
Status: C4
Filing Status:
Federal: Single, 0
State: PA, Single, 0
Br/Dept: 13/131800

Pay Period: 05/01/19 to 05/31/19
Check Date: 06/14/19   Check #: Direct Deposit

**TIME OFF** (Based On Policy Year)

DESCRIPTION
VACA NEW HIRE AFTR 6/30 DRAW 4 - HOURS
  AMT TAKEN
   77.000
SICK DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
   17.750
PERSONAL (DRAW 1-5) - HOURS
  AMT TAKEN
    0.000
HOLIDAY (DRAW 1-5) - HOURS
  AMT TAKEN
   32.000
OPTIONAL HLDY DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
    8.000

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 7272 | 3184.51 | 17704.74 |
| Net Pay | 3184.51 | 17704.74 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| COMMISSION | | | 4204.24 | | 13856.60 |
| MED125(PA,TN) | | | | | -1163.04 |
| DEN125(PA,TN) | | | | | -88.56 |
| DRAW OPTIONAL H | | | | 8.00 | 92.31 |
| DRAW HOLIDAY | | | | 32.00 | 369.24 |
| DRAW | | | | 808.50 | 9328.78 |
| DRAW SICK | | | | 17.75 | 204.81 |
| DRAW VACATION | | | | 77.00 | 888.46 |
| OT ADJUSTMENT | | | | | 189.09 |
| VIS125(PA,TN) | | | | | -22.20 |
| **HOURS WORKED** | | | | | |
| **ADJ EARNINGS** | | | 4204.24 | | 23655.49 |
| **GROSS EARNINGS** | | | 4204.24 | 943.25 | 24929.29 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 520.14 | 3126.35 |
| ADDTL FEDERAL 10.00 | | |
| OASDI | 260.66 | 1466.65 |
| MEDICARE | 60.96 | 343.02 |
| STATE W/H PA | 129.07 | 726.23 |
| STATE SUI PA | 2.52 | 14.92 |
| PA  1167NGRNTR | 42.04 | 236.56 |
| PA  3871-LGREA | 4.34 | 37.02 |
| TOTAL | 1019.73 | 5950.75 |

|  | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 3184.51 | 17704.74 |

Payrolls by Paychex, Inc.

**408-D164** RELIANCE FIRST CAPITAL LLC ▪ PAYROLL ACCOUNT ▪ 201 OLD COUNTRY ROAD SUITE 205 ▪ MELVILLE, NY 11747-0000 ▪ 516-422-8800 ▪

**RELIANCE FIRST CAPITAL LLC**
PAYROLL ACCOUNT
201 OLD COUNTRY ROAD SUITE 205
MELVILLE, NY 11747-0000
516-422-8800

| DATE | CHECK NO. |
|---|---|
| 06/21/2019 | Direct Deposit |

PAY TO THE ORDER OF

SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH PA 15217

Total Net Direct Deposit(s)
**$597.23**

AMOUNT

VOID THIS IS NOT A CHECK..............................

CITIBANK NA BR# 766
730 VETERANS MEMORIAL HIGHWAY
HAUPPAUGE, NY 11788

 PAY ONLY 00 CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                       FOLD AND REMOVE

### PERSONAL AND CHECK INFORMATION
SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH, PA 15217

Soc Sec #: XXX-XX-XXXX    Employee ID: 1584
Hire Date: 07/27/15
Status: C4
Filing Status:
Federal: Single, 0
State: PA, Single, 0
Br/Dept: 13/131800

Pay Period: 06/02/19 to 06/15/19
Check Date: 06/21/19    Check #: Direct Deposit

### TIME OFF (Based On Policy Year)

DESCRIPTION
VACA NEW HIRE AFTR 6/30 DRAW 4 - HOURS
  AMT TAKEN
    77.000
SICK DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
    17.750
PERSONAL (DRAW 1-5) - HOURS
  AMT TAKEN
    0.000
HOLIDAY (DRAW 1-5) - HOURS
  AMT TAKEN
    32.000
OPTIONAL HLDY DRAW (CLASS 1-5) - HOURS
  AMT TAKEN
    8.000

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| COMMISSION | | | | | 13856.60 |
| MED125(PA,TN) | | | -96.92 | | -1259.96 |
| DEN125(PA,TN) | | | -7.38 | | -95.94 |
| DRAW OPTIONAL H | | | | 8.00 | 92.31 |
| DRAW HOLIDAY | | | | 32.00 | 369.24 |
| DRAW | 74.75 | 11.5384 | 862.50 | 883.25 | 10191.28 |
| DRAW SICK | | | | 17.75 | 204.81 |
| DRAW VACATION | | | | 77.00 | 888.46 |
| OT ADJUSTMENT | | | 10.24 | | 199.33 |
| VIS125(PA,TN) | | | -1.85 | | -24.05 |
| HOURS WORKED | | | | | |
| ADJ EARNINGS | | | 766.59 | | 24422.08 |
| GROSS EARNINGS | 74.75 | | 872.74 | 1018.00 | 25802.03 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 76.99 | 3203.34 |
| ADDTL FEDERAL 10.00 | | |
| OASDI | 47.53 | 1514.18 |
| MEDICARE | 11.12 | 354.14 |
| STATE W/H PA | 23.53 | 749.76 |
| STATE SUI PA | 0.52 | 15.44 |
| PA 1167NGRNTR | 7.67 | 244.23 |
| PA 3871-LGREA | 2.00 | 39.02 |
| TOTAL | 169.36 | 6120.11 |

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 7272 | 597.23 | 18301.97 |
| Net Pay | 597.23 | 18301.97 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 597.23 | 18301.97 |

Payrolls by Paychex, Inc.
0408-D164 RELIANCE FIRST CAPITAL LLC ■ PAYROLL ACCOUNT ■ 201 OLD COUNTRY ROAD SUITE 205 ■ MELVILLE, NY 11747-0000 ■ 516-422-8800 ■

000023
PF4  001584  131800    0000



**RELIANCE FIRST CAPITAL, LLC**
201 OLD COUNTRY RD STE 205
MELVILLE, NEW YORK 11747
516-422-8800

**Earnings Statement** — ADP

| Period Beginning: | 06/16/2019 |
| Period Ending: | 06/29/2019 |
| Pay Date: | 07/05/2019 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  0,$10 Additional Tax
  PA:  N/A

SHAWN DEFFNER
2410 S. BRADDOCK AVE.
PITTSBURGH PA 15217

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Draw | 11.5384 | 72.00 | 830.76 | 11,022.04 |
| Draw Sick | 11.5384 | 8.00 | 92.31 | 297.12 |
| Commission | | | | 13,856.60 |
| Drawholida | | | | 369.24 |
| Drawoption | | | | 92.31 |
| Drawvacati | | | | 888.46 |
| Otadjustme | | | | 199.33 |
| **Gross Pay** | | | **$923.07** | 26,725.10 |

Your federal taxable wages this period are $816.92

**Important Notes**
(516) 422-8800

BASIS OF PAY: HOURLY

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -83.02 | 3,286.36 |
| Social Security Tax | | -50.65 | 1,564.82 |
| Medicare Tax | | -11.85 | 365.97 |
| PA State Income Tax | | -25.08 | 774.84 |
| Green Tree B Income Tax | | -8.17 | 252.40 |
| Green Tree B Local Svc Tax | | -2.00 | 41.02 |
| PA SUI/SDI Tax | | -0.56 | 16.04 |
| **Other** | | | |
| DEN125 Pre-Tax | | -7.38* | 103.32 |
| MED125 Pre-Tax | | -96.92* | 1,356.88 |
| VIS125 Pre-Tax | | -1.85* | 25.90 |
| **Net Pay** | | **$635.59** | |
| Checking | | -635.59 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM



**RELIANCE FIRST CAPITAL, LLC**
201 OLD COUNTRY RD STE 205
MELVILLE, NEW YORK 11747
516-422-8800

| Advice number: | 00000274198 |
| Pay date: | 07/05/2019 |

Deposited to the account of
SHAWN DEFFNER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx7272 | xxxx xxxx | $635.59 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**