# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
SHAWN W DEFFNER

Case No. 19-22776GLT

       Debtor(s)
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

       Movant
vs.
US BANK TRUST NA - TRUSTEE CVF III
MTG LOAN TRUST II
       Respondents

Document No __

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

US BANK TRUST NA - TRUSTEE CVF III
MTG LOAN TRUST II
C/O SHELLPOINT MORTGAGE SERVICING
PO BOX 10826
GREENVILLE, SC 29603-0675

Court claim# 16/Trustee CID# 5

The Movant further certifies that on 08/24/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| SHAWN W DEFFNER, 2316 COLUMBIA AVE., PITTSBURGH, PA 15218 | ALBERT G REESE JR ESQ, THE LAW OFFICE OF ALBERT G REESE JR, 640 RODI RD 2ND FL STE 2, PITTSBURGH, PA  15235 |
| ORIGINAL CREDITOR: | : |
| US BANK TRUST NA - TRUSTEE CVF III  MTG LOAN TRUST II, C/O SHELLPOINT MORTGAGE SERVICING, PO BOX 10826, GREENVILLE, SC  29603-0675 | NEW REZ LLC D/B/A SHELLPOINT MORTGAGE SVCNG, C/O SHELLPOINT MORTGAGE SVCNG, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| ORIGINAL CREDITOR'S COUNSEL: | |
| PINCUS LAW GROUP PLLC, 2929 ARCH ST STE 1700, PHILADELPHIA, PA  19104 | |
| NEW CREDITOR: | |