**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | Case No.: 19-22776-GLT |
| ) | |
| Shawn W. Deffner ) | Chapter 13 |
|     Debtor ) | |
| ) | Doc. No.: |
| Shawn W. Deffner ) | |
|     Movant ) | |
| ) | |
| v. ) | |
| ) | |
| Ronda J. Winnecour, Trustee ) | |
|     Respondent ) | |

### Certificate of Service

I, Albert Green Reese, Jr., Esquire, declare that I am a resident of or employed in the County of Allegheny, State of Pennsylvania. My address is 640 Rodi Road, 2nd, FL., Suite 2, Pittsburgh, PA 15235. I am over the age of eighteen and I am not a party to this case.

On June 30, 2021, I served the **Debtor's Amended Chapter 13 Plan, Notice of Proposed Modification and Order of Court,** to all the parties listed below by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at 640 Rodi Road, 2nd FL., Suite 2, Pittsburgh, PA 15235 addressed as follows:

**19-22776-GLT Notice will be electronically mailed to:**

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Mario J. Hanyon on behalf of Creditor Freedom Mortgage Corporation
wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Brian Nicholas on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Albert G. Reese, Jr. on behalf of Debtor Shawn W Deffner
areese8897@aol.com, agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**19-22776-GLT Notice will not be electronically mailed to:**

ECMC
P.O. Box 16408
St. Paul, MN 55116-0408

Ronda Winnecour, Trustee
US Steel Tower-Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Office of The United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Aes/pheaa
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105

American Express
P.O. Box 650448
Dallas, TX 75265

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

ARS National Services, Inc.
PO Box 469046
Escondido, CA 92046-0765

Bank Of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634

Barclays Bank Delaware
Attn: Correspondence
Po Box 8801
Wilmington, DE 19899

Borough of Swissvale
c/o Litigation Dept.
546 Wendel Road
Irwin, PA 15642

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Citibank
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

Citibank/Best Buy
Attn: Bankruptcy
Po Box 790441
St. Louis, MO 63179

Credit Collection Services
725 Canton Street
Norwood, MA 02062

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Cross River Bank
885 Teaneck Road
Teaneck, NJ 07666

Department of the Treasury
Internal Revenue Service
310 Lowell St, Stop 360
Andover, MA 01810-9041

Finance of America Mortgage
300 Welsh Road
Building 5
Horsham, PA 19044

First PREMIER Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

James & Barbara Wally
Magisterial Judge James A. Motznik
736 Brookline Blvd.
Pittsburgh, PA 15226

Key Bank
Attn: Bankruptcy Dept.
Oh-01-51-06224910 Tiedeman Rd.
Brooklyn, OH 44144

Lending Club
595 Market Street #200

San Francisco, CA 94105

LendingClub
Attn: Bankruptcy
71 Stevenson St, Ste 1000
San Francisco, CA 94105

Mariner Finance
Attn: Bankruptcy Department
8211 Town Center Dr.
Baltimore, MD 21236

Merrick Bank/CardWorks
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804

Metro Family Practice
1789 S Braddock Ave.
Ste. 410
Pittsburgh, PA 15218

Mr. Cooper
Attn: Bankruptcy
Po Box 619098
Dallas, TX 75261

Nissan Motor Acceptance
Po Box 660360
Dallas, TX 75266

Plains Commerce Bank
3905 W 49th Street
Sioux Falls, SD 57106

Quest Diagnostics venture LLC
PO BOX 740717
Cincinnati, OH 45274-0717

RoundPoint Mortgage Servicing Corporation
Attn: Bankruptcy
Po Box 19409
Charlotte, NC 28219

Shellpoint Mortgage Servicing
Attn: Bankruptcy
Po Box 10826
Greenville, SC 29603

Statebridge Company Ll
5680 Greenwood Plaza Blvd

Greenwood Village, CO 80111

Sto Rox Neighborhood Health Council
Hilltop Community Healthcare Center
710 Thompson Ave.
McKees Rocks, PA 15136

Tribute Card
Cardholder Services
Po Box 105555
Atlanta, GA 30348

Upstart
Attn: Bankruptcy
Po Box 1503
San Carlos, CA 94070

Verizon
Verizon Wireless Bankruptcy Administration
500 Technology Dr Ste 500
Weldon Springs, MO 63304

| | |
|---|---|
| Dated: **June 30, 2021** | **/s/ Albert G. Reese, Jr. Esq.**<br>Albert G. Reese, Jr., Esquire<br>PA ID# 93813<br>Law Office of Albert G. Reese<br>640 Rodi Road, 2nd FL., Suite 2<br>Pittsburgh, PA 15235<br>(412) 241-1697 (P)<br>(412) 241-1687 (F) |