# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-22776-GLT |
| | ) | |
| Shawn W. Deffner | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Doc. No.: |
| | ) | |
| Shawn W. Deffner | ) | |
| Movant(s) | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| Respondent | ) | |

## NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7
## FILED PURSUANT TO FED. RULE BANKR. PROC. 1017(f) (3)

**AND NOW COMES**, the Debtor**,** by and through attorney, Albert G. Reese, Jr. and the Law Office of Albert G. Reese, Jr., and files the within Notice of Conversion from Chapter 13 to Chapter 7 pursuant to Federal Rule of Bankruptcy Procedure 1017(f)(3) for the following reasons:

Debtor filed the instant case to save his home. The Debtor has made his best efforts to fund the current Chapter 13 Plan. The Debtor is employed as a Mortgage Specialist with Reliance First Capital LLC and is paid on a commission basis. The Debtor has experience a substantial loss of income over the last several months as a result of the rising interest rates for home purchase and refinance. As a result, it would be a financial hardship for the Debtor to continue to fund his pending Chapter 13 Case. As a result, the Debtor desires to convert his case to one under Chapter 7 and receive a fresh start.

Date: **January 23, 2023**

Respectfully submitted by:
**/s/ Albert G. Reese, Jr., Esquire**
Albert G. Reese, Jr., Esquire
PA ID #93813
Law Office of Albert G. Reese, Jr.
640 Rodi Road, FL.2, Suite 2
Pittsburgh, PA 15235
(412) 241-1697 (P)
(412) 241-1687 (F)
areese8897@aol.com
Attorney for Debtor