**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | **Shawn W Deffner**<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–9420<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter: 13   7/12/19 |
| Case number: | 19–22776–GLT | Date case converted to chapter: 7   1/24/23 |

<u>Official Form 309B (For Individuals or Joint Debtors)</u>
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at <u>https://pacer.uscourts.gov</u>).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Shawn W Deffner | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2316 Columbia Ave.<br>Pittsburgh, PA 15218 | |
| 4. | **Debtor's attorney**<br>Name and address | Albert G. Reese Jr.<br>Law Office of Albert G. Reese, Jr.<br>640 Rodi Road, 2nd Floor, Suite 2<br>Pittsburgh, PA 15235 | Contact phone 412–241–1697<br>Email: areese8897@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Rosemary C. Crawford<br>Crawford McDonald, LLC.<br>P.O. Box 355<br>Allison Park, PA 15101 | Contact phone 724–443–4757<br>Email: crawfordmcdonald@aol.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**   page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 1/24/23 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 27, 2023 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.**   **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | The presumption of abuse does not arise. |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/28/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/4/23**<br><br>**Filing deadline: _____** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-22776-GLT

Shawn W Deffner     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4

Date Rcvd: Jan 24, 2023     Form ID: 309B     Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shawn W Deffner, 2316 Columbia Ave., Pittsburgh, PA 15218-1912 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| aty | + | Mario J. Hanyon, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| aty | + | S. James Wallace, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15110622 | + | Borough of Swissvale, c/o Litigation Dept., 546 Wendel Road, Irwin, PA 15642-7539 |
| 15147782 | + | Borough of Swissvale, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15110632 | + | James & Barbara Wally, Magisterial Judge James A. Motznik, 736 Brookline Blvd., Pittsburgh, PA 15226-2178 |
| 15086083 | | Key Bank, Attn: Bankruptcy Dept., Oh-01-51-06224910 Tiedeman Rd., Brooklyn, OH 44144 |
| 15110638 | + | Metro Family Practice, 1789 S Braddock Ave., Ste. 410, Pittsburgh, PA 15218-1881 |
| 15110642 | | Quest Diagnostics venture LLC, PO BOX 740717, Cincinnati, OH 45274-0717 |
| 15086092 | + | Statebridge Company Ll, 5680 Greenwood Plaza Blvd, Greenwood Village, CO 80111-2414 |
| 15110646 | + | Sto Rox Neighborhood Health Council, Hilltop Community Helathcare Center, 710 Thompson Ave., Mc Kees Rocks, PA 15136-3808 |
| 15086093 | + | Tribute Card, Cardholder Services, Po Box 105555, Atlanta, GA 30348-5555 |
| 15147814 | + | Woodland Hills School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: areese8897@aol.com | Jan 24 2023 23:48:00 | Albert G. Reese, Jr., Law Office of Albert G. Reese, Jr., 640 Rodi Road, 2nd Floor, Suite 2, Pittsburgh, PA 15235 |
| tr | + | EDI: BRCCRAWFORD.COM | Jan 25 2023 04:49:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Jan 25 2023 04:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2023 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 25 2023 04:49:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2023 23:49:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Jan 24 2023 23:49:00 | Office of the United States Trustee, Liberty |

Case 19-22776-GLT   Doc 75   Filed 01/26/23   Entered 01/27/23 00:25:59   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 24, 2023 | Form ID: 309B | Total Noticed: 58 |

| Recip ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| | | | Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + Email/Text: ebnpeoples@grblaw.com | Jan 24 2023 23:48:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15110619 | + Email/Text: legal@arsnational.com | Jan 24 2023 23:48:00 | ARS National Services, Inc., PO Box 469046, Escondido, CA 92046-9046 |
| 15086073 | + Email/Text: bncnotifications@pheaa.org | Jan 24 2023 23:48:00 | Aes/pheaa, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15110617 | + Email/PDF: bncnotices@becket-lee.com | Jan 24 2023 23:58:06 | American Express, P.O. Box 650448, Dallas, TX 75265-0448 |
| 15103356 | Email/PDF: bncnotices@becket-lee.com | Jan 24 2023 23:47:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15086074 | + Email/PDF: bncnotices@becket-lee.com | Jan 24 2023 23:47:54 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15086075 | + EDI: BANKAMER.COM | Jan 25 2023 04:49:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15086076 | + EDI: TSYS2 | Jan 25 2023 04:49:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15110628 | Email/Text: jcarlick@crossriver.com | Jan 24 2023 23:48:00 | Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666 |
| 15086077 | + EDI: CAPITALONE.COM | Jan 25 2023 04:49:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15103089 | EDI: CAPITALONE.COM | Jan 25 2023 04:49:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15086078 | + EDI: CITICORP.COM | Jan 25 2023 04:49:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15125381 | EDI: CITICORP.COM | Jan 25 2023 04:49:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15086079 | + EDI: CITICORP.COM | Jan 25 2023 04:49:00 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 15110626 | + EDI: CCS.COM | Jan 25 2023 04:49:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15086080 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 24 2023 23:47:32 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15122857 | + Email/Text: kburkley@bernsteinlaw.com | Jan 24 2023 23:49:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15190764 | Email/Text: ECMCBKNotices@ecmc.org | Jan 24 2023 23:49:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15086082 | + EDI: AMINFOFP.COM | Jan 25 2023 04:49:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15323557 | Email/Text: Bankruptcy@Freedommortgage.com | Jan 24 2023 23:48:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15110629 | EDI: IRS.COM | Jan 25 2023 04:49:00 | Department of the Treasury, Internal Revenue Service, 310 Lowell St, Stop 360, Andover, MA 01810-9041 |
| 15092987 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 24 2023 23:49:00 | KeyBank, N.A., 4910 Tiedeman Rd., Brooklyn, OH 44144-2338 |
| 15089209 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2023 23:47:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 19-22776-GLT   Doc 75   Filed 01/26/23   Entered 01/27/23 00:25:59   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 24, 2023 | Form ID: 309B | Total Noticed: 58 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15110634 | + | EDI: LENDNGCLUB | Jan 25 2023 04:49:00 | Lending Club, 595 Market Street #200, San Francisco, CA 94105-2802 |
| 15086084 | + | Email/Text: bk@lendingclub.com | Jan 24 2023 23:49:02 | LendingClub, Attn: Bankruptcy, 71 Stevenson St, Ste 1000, San Francisco, CA 94105-2967 |
| 15086085 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 24 2023 23:48:00 | Mariner Finance, Attn: Bankruptcy Department, 8211 Town Center Dr., Baltimore, MD 21236-5904 |
| 15086086 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 24 2023 23:47:32 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15086087 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 24 2023 23:48:00 | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 15086088 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 24 2023 23:48:00 | Nissan Motor Acceptanc, Po Box 660360, Dallas, TX 75266-0360 |
| 15088436 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 24 2023 23:48:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 15099505 | + | Email/Text: bncnotifications@pheaa.org | Jan 24 2023 23:48:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15086090 | | ^ MEBN | Jan 24 2023 23:40:43 | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 15118789 | | ^ MEBN | Jan 24 2023 23:41:21 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd., Building 6&8, Charlotte, NC 28217-1932 |
| 15086091 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 24 2023 23:48:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 15124156 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 24 2023 23:48:00 | U.S. Bank Trust National Association et al, c/o NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15086094 | + | EDI: LCIUPSTART | Jan 25 2023 04:49:00 | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15118777 | | EDI: AIS.COM | Jan 25 2023 04:49:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15110649 | + | EDI: VERIZONCOMB.COM | Jan 25 2023 04:49:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 45

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ROUNDPOINT MORTGAGE SERVICING CORPORATION |
| 15086089 | | Plains Commerce Bank |
| 15110641 | | Plains Commerce Bank |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15110616 | *+ | Aes/pheaa, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15110618 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15110620 | *+ | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15110621 | *+ | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15110623 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15110624 | *+ | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15110625 | *+ | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 15110627 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |

Case 19-22776-GLT    Doc 75    Filed 01/26/23    Entered 01/27/23 00:25:59    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 24, 2023 | Form ID: 309B | Total Noticed: 58 |

| 15110630 | *+ | Finance of America Mortgage, 300 Welsh Road, Building 5, Horsham, PA 19044-2250 |
| 15110631 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15110633 | * | Key Bank, Attn: Bankruptcy Dept., Oh-01-51-06224910 Tiedeman Rd., Brooklyn, OH 44144 |
| 15110635 | *+ | LendingClub, Attn: Bankruptcy, 71 Stevenson St, Ste 1000, San Francisco, CA 94105-2967 |
| 15110636 | *+ | Mariner Finance, Attn: Bankruptcy Department, 8211 Town Center Dr., Baltimore, MD 21236-5904 |
| 15110637 | *+ | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15110639 | *+ | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 15110640 | *+ | Nissan Motor Acceptanc, Po Box 660360, Dallas, TX 75266-0360 |
| 15110643 | *+ | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 15110644 | *+ | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 15110645 | *+ | Statebridge Company Ll, 5680 Greenwood Plaza Blvd, Greenwood Village, CO 80111-2414 |
| 15110647 | *+ | Tribute Card, Cardholder Services, Po Box 105555, Atlanta, GA 30348-5555 |
| 15110648 | *+ | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15086081 | ##+ | Finance of America Mortgage, 300 Welsh Road, Building 5, Horsham, PA 19044-2250 |

TOTAL: 3 Undeliverable, 24 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2023 at the address(es) listed below:

**Name**    **Email Address**

Albert G. Reese, Jr.
on behalf of Debtor Shawn W Deffner areese8897@aol.com
agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com

Brian Nicholas
on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION bnicholas@kmllawgroup.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Mario J. Hanyon
on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Rosemary C. Crawford
crawfordmcdonald@aol.com  PA68@ecfcbis.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8