**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SHAWN W DEFFNER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-22776 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 07/12/2019 and confirmed on 09/27/2019. The case was subsequently   (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 76,442.14 |
| Less Refunds to Debtor | | 1,503.71 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 74,938.43 |
| | | | | |
| Administrative Fees | | | | |
|   Filing Fee | | 0.00 | | |
|   Notice Fee | | 0.00 | | |
|   Attorney Fee | | 3,281.67 | | |
|   Trustee Fee | | 3,563.44 | | |
|   Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 6,845.11 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 45,356.55 | 0.00 | 45,356.55 |
|     Acct: 3847 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 3,185.63 | 0.00 | 0.00 | 0.00 |
|     Acct: 3847 | | | | |
|   SWISSVALE BOROUGH (RE) | 571.20 | 0.00 | 0.00 | 0.00 |
|     Acct: 9420 | | | | |
|   SWISSVALE BOROUGH (RE) | 614.30 | 0.00 | 0.00 | 0.00 |
|     Acct: 9420 | | | | |
|   NISSAN MOTOR ACCEPTANCE CORP | 28,098.53 | 18,388.46 | 3,557.03 | 21,945.49 |
|     Acct: 9266 | | | | |
|   US BANK TRUST NA - TRUSTEE CVF III  M | 3,985.82 | 546.49 | 244.79 | 791.28 |
|     Acct: 1657 | | | | |
| | | | | 68,093.32 |
| **Priority** | | | | |
|   ALBERT G REESE JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN W DEFFNER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| SHAWN W DEFFNER | 1,503.71 | 1,503.71 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICE OF ALBERT G REESE JR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALBERT G REESE JR ESQ | 3,300.00 | 3,281.67 | 0.00 | 0.00 |
| Acct: | | | | |
| SWISSVALE BOROUGH (EIT) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4819 | | | | |
| INTERNAL REVENUE SERVICE* | 4,540.12 | 0.00 | 0.00 | 0.00 |
| Acct: 9420 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| SWISSVALE BOROUGH (REFUSE) | 192.50 | 0.00 | 0.00 | 0.00 |
| Acct: 9420 | | | | |
| WOODLAND HILLS SD (SWISSVALE)(EIT) | 125.49 | 0.00 | 0.00 | 0.00 |
| Acct: 9420 | | | | |
| SWISSVALE BOROUGH (EIT) | 125.49 | 0.00 | 0.00 | 0.00 |
| Acct: 9420 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 189.98 | 0.00 | 0.00 | 0.00 |
| Acct: 0189 | | | | |
| ECMC(*) | 31,200.53 | 0.00 | 0.00 | 0.00 |
| Acct: 9420 | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 543.68 | 0.00 | 0.00 | 0.00 |
| Acct: 1004 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 1,326.92 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1423 | | | | |
| LVNV FUNDING LLC | 21,443.01 | 0.00 | 0.00 | 0.00 |
| Acct: 3964 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4504 | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1706 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 7,802.81 | 0.00 | 0.00 | 0.00 |
| Acct: 8267 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4777 | | | | |
| LVNV FUNDING LLC | 4,203.31 | 0.00 | 0.00 | 0.00 |
| Acct: 2494 | | | | |
| LVNV FUNDING LLC | 2,160.84 | 0.00 | 0.00 | 0.00 |
| Acct: 9230 | | | | |
| CITIBANK NA** | 1,701.36 | 0.00 | 0.00 | 0.00 |
| Acct: 1706 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5752 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9060 | | | | |
| CROSS RIVER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3242 | | | | |
| FINANCE OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0418 | | | | |
| LVNV FUNDING LLC | 543.30 | 0.00 | 0.00 | 0.00 |
| Acct: 3742 | | | | |
| DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2012 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| KEYBANK NA** | 1,707.57 | 0.00 | 0.00 | 0.00 |
| Acct: 5631 | | | | |
| LENDING CLUB CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3964 | | | | |
| LENDING CLUB CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3964 | | | | |
| MARINER FINANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8811 | | | | |
| MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6375 | | | | |
| METRO FAMILY PRACTICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5348 | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A MR ( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7432 | | | | |
| PLAINS COMMERCE BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3537 | | | | |
| STATEBRIDGE COMPANY LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7988 | | | | |
| STO ROX NEIGHBORHOOD HLT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0175 | | | | |
| TRIBUTE GOLD MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1956 | | | | |
| UPSTART | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3052 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 311.44 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| LVNV FUNDING LLC | 682.05 | 0.00 | 0.00 | 0.00 |
| Acct: 2168 | | | | |
| INTERNAL REVENUE SERVICE* | 198.20 | 0.00 | 0.00 | 0.00 |
| Acct: 9420 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARIO HANYON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUEST DIAGNOSTIC VENTURE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                                           68,093.32

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 4,540.12 |
| SECURED | 36,455.48 |
| UNSECURED | 74.458.48 |

Date: 01/27/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com