**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-22776-GLT |
| | ) | |
| Shawn W. Deffner | ) | Chapter 7 |
|     Debtor(s) | ) | |
| | ) | Doc. No.: |
| | ) | |
| Shawn W. Deffner | ) | |
|     Movant (s) | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Rosemary C. Crawford, Trustee | ) | |
|     Respondent | ) | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, Albert G. Reese, Jr., counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

By: **/s/Albert G. Reese, Jr., Esquire**
Signature

Albert G. Reese, Jr., Esquire
Typed Name

640 Rodi Road 2nd Floor Suite 2 Pgh., PA 15235
Address

412-241-1697
Phone No.

PA ID Number 93813
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

**Metro Family Practice**
**ATTN# 30672C**
**PO Box 14000**
**Belfast, ME 04915-4033**

**Verizon FIOS**
**PO Box 33078**
**Saint Petersburg, FL 33733**