**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-22776-GLT |
| | ) | |
| Shawn W. Deffner | ) | Chapter 7 |
|    Debtor(s) | ) | |
| | ) | Doc. No.: |
| | ) | |
| Shawn W. Deffner | ) | |
|    Movant(s) | ) | |
| | ) | |
|    v. | ) | |
| | ) | |
| Rosemary C. Crawford, Trustee | ) | |
|    Respondent | ) | |

## BANKRUPTCY RULE 1019 REPORT

**AND NOW** come(s) the Debtor(s), by and through Counsel, Albert G. Reese, Jr., Esquire and Law Office of Albert G. Reese, Jr. and respectfully represents the following Rule 1019 Report averring as follows:

1. Shawn W. Deffner (hereinafter "Debtor(s)"), filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on July 12, 2019.

2. By Motion of the Debtor(s), this Court reconverted this proceeding from a Chapter 13 to a Chapter 7 by an Order dated January 24, 2023.

3. Debtor(s) avers that all statements and schedules required by Bankruptcy Rules 1019(1)(A) and 1007(b) have been filed with this Court.

4. Counsel for Debtor(s) filed the Statement of Intentions with the Clerk's office on February 7, 2023, at docket entry number 79.

5. Pursuant to Bankruptcy Rule 1019(5)(C)(i), the Debtor(s) has not acquired property after the commencement of the Chapter 13 case and subsequent filing of the Chapter 7 case.

6. Pursuant to Bankruptcy Rule 1019(5)(C)(ii), the Debtor(s) has incurred additional debt not listed in the Chapter 13 Trustee's final report and account.

7. Pursuant to Bankruptcy Rule 1019(5)(C)(iii), the Debtor(s) has not entered and assumed executory contracts after the commencement of the Chapter 13 case and subsequent filing of the Chapter 7 case.

**WHEREFORE**, the Debtor(s) respectfully submits the Rule 1019 Report.

Dated: **February 7, 2023**

                                                            Respectfully submitted by:
                                                            **/s/Albert G. Reese, Jr., Esquire**
                                                            Albert G. Reese, Jr., Esquire
                                                            PA ID # 93813
                                                           Law Office Albert G. Reese, Jr.
                                                           640 Rodi Road, 2nd Floor, Suite 2
                                                           Pittsburgh, PA 15235
                                                           (412) 241-1697 (p)
                                                           (412) 241-1687 (f)
                                                           areese8897@aol.com