# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE:<br>SHAWN W DEFFNER<br>　　Debtor | Case No. 19-22776-GLT |
| FREEDOM MORTGAGE CORPORATION<br>　　Movant | Chapter 7<br><br>Hearing Date: 03/30/2023<br><br>Hearing Time: 10;00 am<br><br>Objection Date: 03/23/2023 |
| vs.<br>SHAWN W DEFFNER<br>　　And<br>ROSEMARY C. CRAWFORD (TRUSTEE)<br>　　Respondents | 11 U.S.C. §362 |

## CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **February 22, 2023**.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by First Class Mail:

SHAWN W DEFFNER
2316 COLUMBIA AVE
PITTSBURGH, PA 15218

Service by Electronic Notification:

ALBERT G. REESE, JR.
LAW OFFICE OF ALBERT G. REESE, JR.
640 RODI ROAD, 2ND FLOOR, SUITE 2
PITTSBURGH, PA 15235
AREESE8897@AOL.COM

ROSEMARY C. CRAWFORD
CRAWFORD MCDONALD, LLC.
P.O. BOX 355
ALLISON PARK, PA 15101
CRAWFORDMCDONALD@AOL.COM

U.S. TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
USTPREGION03.PI.ECF@USDOJ.GOV

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

Dated:  **February 22, 2023**

                    */s/Mario Hanyon*
                    Andrew Spivack, PA Bar No. 84439
                    Matt Fissel, PA Bar No. 314567
                    Mario Hanyon, PA Bar No. 203993
                    Ryan Starks, PA Bar No. 330002
                    Jay Jones, PA Bar No. 86657
                    Attorney for Creditor
                    BROCK & SCOTT, PLLC
                    8757 Red Oak Boulevard, Suite 150
                    Charlotte, NC 28217
                    Telephone: (844) 856-6646
                    Facsimile: (704) 369-0760
                    E-Mail: PABKR@brockandscott.com