## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>SHAWN W DEFFNER<br><br>Freedom Mortgage Corporation,<br>   Movant<br><br><br><br>vs.<br><br>SHAWN W DEFFNER ,<br>   Debtor<br>and<br><br>Rosemary C. Crawford<br>   Respondent | Case No. 19-22776-GLT<br>Chapter 7<br><br><br>Hearing Date: March 30, 2023<br><br>Hearing Time: 10:00 am<br><br>Objection Date: March 23, 2023 |

### WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

Freedom Mortgage Corporation ("Movant"), by and through its legal counsel, hereby withdraws its MOTION FOR RELIEF FROM STAY filed on February 22, 2023, Docket Number 87.

This 28th day of March, 2023.

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC

21-04648 BKMFR01

8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

21-04648 BKMFR01

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>SHAWN W DEFFNER<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br><br><br>vs.<br><br>SHAWN W DEFFNER ,<br>    Debtor<br>and<br><br>Rosemary C. Crawford<br>    Respondent | Case No. 19-22776-GLT<br>Chapter 7<br><br>Hearing Date: March 30, 2023<br><br>Hearing Time: 10:00 am<br><br>Objection Date: March 23, 2023 |

### CERTIFICATE OF SERVICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

    I certify under penalty of perjury that on this day, I served or caused to be served the Withdrawal of Motion for Relief from Stay on the parties at the addresses shown below or on the attached list.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

<u>Via CM/ECF electronic notice</u>:

Albert G. Reese, Esq.  
640 Rodi Road, 2nd Floor, Suite 2  
Pittsburgh, PA 15235  
*Counsel for Debtor*

Rosemary C. Crawford  
P.O. Box 355  
Allison Park, PA 15101  
*Chapter 7 Trustee*

21-04648 BKMFR01

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*US Trustee*

<u>Via First Class Mail</u>:

| | |
|---|---|
| SHAWN W DEFFNER | Rosemary C. Crawford |
| 2316 COLUMBIA AVE | P.O. Box 355 |
| PITTSBURGH, PA 15218 | Allison Park, PA 15101 |
| *Debtor* | *Chapter 7 Trustee* |

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: <u>March 28, 2023</u>

                                                             */s/Mario Hanyon*
                                                           Andrew Spivack, PA Bar No. 84439
                                                           Matt Fissel, PA Bar No. 314567
                                                           Mario Hanyon, PA Bar No. 203993
                                                           Ryan Starks, PA Bar No. 330002
                                                           Jay Jones, PA Bar No. 86657
                                                           Attorney for Creditor
                                                           BROCK & SCOTT, PLLC
                                                           8757 Red Oak Boulevard, Suite 150
                                                           Charlotte, NC 28217
                                                           Telephone: (844) 856-6646
                                                           Facsimile: (704) 369-0760
                                                           E-Mail: PABKR@brockandscott.com

**PAWB Local Form 7 (07/13)**

21-04648 BKMFR01