FILED
4/14/23 10:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-22776-GLT |
| | : | Chapter: | 7 |
| Shawn W Deffner | : | | |
| | : | | |
| | : | Date: | 4/13/2023 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**    #94 - Motion for Relief from Stay Filed by Nissan Motor Acceptance Company
    #103 - Response filed by the Debtor

**APPEARANCES:**
    Debtor:    Albert G. Reese
    Nissan:    Erica Kravchenko

**NOTES:**    [10:05]

Kravchenko: Matter has been resolved. Debtor agreed to conditional relief in 14 days. Will submit an order.

**OUTCOME:**

1) For the reasons stated on the record, the *Motion for Relief from Automatic Stay* [Dkt. No. 94] is GRANTED subject to entry of a final written order submitted by the parties under a under certification of counsel. [Text order].

**DATED:** 4/13/2023