IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 19-22776-GLT |
| SHAWN W. DEFFNER, | Chapter 7 |
| Debtor, | Doc. No. 94, 109 |
| NISSAN MOTOR ACCEPTANCE COMPANY LLC, FKA NISSAN MOTOR ACCEPTANCE CORPORATION, | |
| Movant, | |
| v. | |
| SHAWN W. DEFFNER, and ROSEMARY C. CRAWFORD, Trustee, Respondents. | |

## ORDER GRANTING CONDITIONAL RELIEF FROM STAY

AND NOW, this 19th day of April, 2023, after a hearing having been held on Nissan Motor Acceptance Company LLC FKA Nissan Motor Acceptance Corporation, Motion for Relief from Automatic Stay (the "Motion"), and upon consideration of arguments and statements of counsel at the hearing held thereon on April 13, 2023:

It is hereby ORDERED, ADJUDGED AND DECREED, that relief from the Automatic Stay pursuant to 11 U.S.C. § 362 will be granted as to the interest of Nissan Motor Acceptance Company LLC FKA Nissan Motor Acceptance Corporation in the 2017 Nissan Maxima Sedan 4D SL, VIN# 1N4AA6APXHC409266 if the Debtor does not cure the arrears within fourteen (14) days of this Order.

If the Debtor cures the default within fourteen (14) days of this Order, Nissan shall withdraw the motion for relief prior this Order becoming effective.

Dated: 4/19/23

BY THE COURT:

_____
Honorable Gregory L. Taddonio
U.S. Bankruptcy Chief Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22776-GLT |
| Shawn W Deffner | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 19, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shawn W Deffner, 2316 Columbia Ave., Pittsburgh, PA 15218-1912 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 21, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor Shawn W Deffner areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com |
| Brian Nicholas | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Nissan Motor Acceptance Company LLC  fka Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Apr 19, 2023 Form ID: pdf900 Total Noticed: 1

ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
   on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com

Rosemary C. Crawford
   crawfordmcdonald@aol.com PA68@ecfcbis.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 9