| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Shawn W Deffner<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–9420<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–22776–GLT | |

# Order of Discharge            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Shawn W Deffner

5/10/23                                                    **By the court:**  Gregory L Taddonio
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 19-22776-GLT
Shawn W Deffner                                                                                 Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: admin                                       Page 1 of 5
Date Rcvd: May 10, 2023                       Form ID: 318                                      Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shawn W Deffner, 2316 Columbia Ave., Pittsburgh, PA 15218-1912 |
| 15110622 | + | Borough of Swissvale, c/o Litigation Dept., 546 Wendel Road, Irwin, PA 15642-7539 |
| 15147782 | + | Borough of Swissvale, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15110632 | + | James & Barbara Wally, Magisterial Judge James A. Motznik, 736 Brookline Blvd., Pittsburgh, PA 15226-2178 |
| 15086083 | | Key Bank, Attn: Bankruptcy Dept., Oh-01-51-06224910 Tiedeman Rd., Brooklyn, OH 44144 |
| 15110638 | + | Metro Family Practice, 1789 S Braddock Ave., Ste. 410, Pittsburgh, PA 15218-1881 |
| 15569368 | | Metro Family Practice, ATTN# 30672C, PO Box 14000, Belfast, ME 04915-4033 |
| 15110642 | | Quest Diagnostics venture LLC, PO BOX 740717, Cincinnati, OH 45274-0717 |
| 15086092 | + | Statebridge Company Ll, 5680 Greenwood Plaza Blvd, Greenwood Village, CO 80111-2414 |
| 15110646 | + | Sto Rox Neighborhood Health Council, Hilltop Community Helathcare Center, 710 Thompson Ave., Mc Kees Rocks, PA 15136-3808 |
| 15147814 | + | Woodland Hills School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | May 11 2023 03:42:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | May 11 2023 03:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 10 2023 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 11 2023 03:42:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 10 2023 23:55:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 10 2023 23:54:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15110619 | + | Email/Text: legal@arsnational.com | May 10 2023 23:54:00 | ARS National Services, Inc., PO Box 469046, Escondido, CA 92046-9046 |
| 15086073 | + | Email/Text: bncnotifications@pheaa.org | May 10 2023 23:54:00 | Aes/pheaa, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15110617 | + | Email/PDF: bncnotices@becket-lee.com | | |

Case 19-22776-GLT    Doc 113    Filed 05/12/23    Entered 05/13/23 00:27:14    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0315-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: May 10, 2023 | Form ID: 318 | Total Noticed: 56 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 15103356 | Email/PDF: bncnotices@becket-lee.com | May 11 2023 00:03:26 | American Express, P.O. Box 650448, Dallas, TX 75265-0448 |
| 15086074 | + Email/PDF: bncnotices@becket-lee.com | May 11 2023 00:03:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15086075 | + EDI: BANKAMER.COM | May 11 2023 00:03:07 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15086076 | + EDI: TSYS2 | May 11 2023 03:42:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15110628 | Email/Text: jcarlick@crossriver.com | May 11 2023 03:42:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15086077 | + EDI: CAPITALONE.COM | May 10 2023 23:54:00 | Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666 |
| 15103089 | EDI: CAPITALONE.COM | May 11 2023 03:42:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15086078 | + EDI: CITICORP.COM | May 11 2023 03:42:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15125381 | EDI: CITICORP.COM | May 11 2023 03:42:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15086079 | + EDI: CITICORP.COM | May 11 2023 03:42:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15110626 | + EDI: CCS.COM | May 11 2023 03:42:00 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 15086080 | + Email/PDF: creditonebknotifications@resurgent.com | May 11 2023 03:42:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15122857 | + Email/Text: kburkley@bernsteinlaw.com | May 11 2023 00:03:04 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15190764 | Email/Text: ECMCBKNotices@ecmc.org | May 10 2023 23:55:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15086082 | + EDI: AMINFOFP.COM | May 10 2023 23:54:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15323557 | Email/Text: Bankruptcy@Freedommortgage.com | May 11 2023 03:42:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15110629 | EDI: IRS.COM | May 10 2023 23:54:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15092987 | + Email/Text: key_bankruptcy_ebnc@keybank.com | May 11 2023 03:42:00 | Department of the Treasury, Internal Revenue Service, 310 Lowell St, Stop 360, Andover, MA 01810-9041 |
| 15089209 | Email/PDF: resurgentbknotifications@resurgent.com | May 10 2023 23:55:00 | KeyBank, N.A., 4910 Tiedeman Rd., Brooklyn, OH 44144-2338 |
| 15110634 | + EDI: LENDNGCLUB | May 11 2023 00:03:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15086084 | + EDI: LENDNGCLUB | May 11 2023 03:42:00 | Lending Club, 595 Market Street #200, San Francisco, CA 94105-2802 |
| 15565143 | Email/PDF: MerrickBKNotifications@Resurgent.com | May 11 2023 03:42:00 | LendingClub, Attn: Bankruptcy, 71 Stevenson St, Ste 1000, San Francisco, CA 94105-2967 |
| 15086085 | + Email/Text: bankruptcy@marinerfinance.com | May 11 2023 00:03:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| | | May 10 2023 23:54:00 | Mariner Finance, Attn: Bankruptcy Department, 8211 Town Center Dr., Baltimore, MD 21236-5904 |

Case 19-22776-GLT    Doc 113    Filed 05/12/23    Entered 05/13/23 00:27:14    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: May 10, 2023 | Form ID: 318 | Total Noticed: 56 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15086086 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 11 2023 00:03:09 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15086087 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 10 2023 23:54:00 | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 15086088 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 10 2023 23:54:00 | Nissan Motor Acceptanc, Po Box 660360, Dallas, TX 75266-0360 |
| 15088436 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 10 2023 23:54:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 15099505 | + | Email/Text: bncnotifications@pheaa.org | May 10 2023 23:54:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15086090 | ^ | MEBN | May 10 2023 23:44:19 | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 15118789 | ^ | MEBN | May 10 2023 23:44:57 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd., Building 6&8, Charlotte, NC 28217-1932 |
| 15086091 | + | Email/Text: mtgbk@shellpointmtg.com | May 10 2023 23:54:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 15086093 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 10 2023 23:54:00 | Tribute Card, Cardholder Services, Po Box 105555, Atlanta, GA 30348-5555 |
| 15124156 | + | Email/Text: mtgbk@shellpointmtg.com | May 10 2023 23:54:00 | U.S. Bank Trust National Association et al, c/o NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15086094 | + | EDI: LCIUPSTART | May 11 2023 03:42:00 | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15567410 | ^ | MEBN | May 10 2023 23:44:54 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15118777 | | EDI: AIS.COM | May 11 2023 03:42:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15110649 | + | EDI: VERIZONCOMB.COM | May 11 2023 03:42:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 15569369 | + | EDI: VERIZONCOMB.COM | May 11 2023 03:42:00 | Verizon FIOS, PO Box 33078, Saint Petersburg, FL 33733-8078 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nissan Motor Acceptance Company LLC, fka Nissan Mo |
| cr | | ROUNDPOINT MORTGAGE SERVICING CORPORATION |
| 15086089 | | Plains Commerce Bank |
| 15110641 | | Plains Commerce Bank |
| aty | *+ | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15110616 | *+ | Aes/pheaa, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15110618 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15110620 | *+ | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15110621 | *+ | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15110623 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15110624 | *+ | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |

Case 19-22776-GLT   Doc 113   Filed 05/12/23   Entered 05/13/23 00:27:14   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: May 10, 2023 | Form ID: 318 | Total Noticed: 56 |

| | | |
|---|---|---|
| 15110625 | *+ | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 15110627 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15110630 | *+ | Finance of America Mortgage, 300 Welsh Road, Building 5, Horsham, PA 19044-2250 |
| 15110631 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15110633 | * | Key Bank, Attn: Bankruptcy Dept., Oh-01-51-06224910 Tiedeman Rd., Brooklyn, OH 44144 |
| 15110635 | *+ | LendingClub, Attn: Bankruptcy, 71 Stevenson St, Ste 1000, San Francisco, CA 94105-2967 |
| 15110636 | *+ | Mariner Finance, Attn: Bankruptcy Department, 8211 Town Center Dr., Baltimore, MD 21236-5904 |
| 15110637 | *+ | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15110639 | *+ | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 15110640 | *+ | Nissan Motor Acceptanc, Po Box 660360, Dallas, TX 75266-0360 |
| 15110643 | *+ | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 15110644 | *+ | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 15110645 | *+ | Statebridge Company Ll, 5680 Greenwood Plaza Blvd, Greenwood Village, CO 80111-2414 |
| 15110647 | *+ | Tribute Card, Cardholder Services, Po Box 105555, Atlanta, GA 30348-5555 |
| 15110648 | *+ | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15086081 | ##+ | Finance of America Mortgage, 300 Welsh Road, Building 5, Horsham, PA 19044-2250 |

TOTAL: 4 Undeliverable, 25 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2023            Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor Shawn W Deffner areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com |
| Brian Nicholas | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Keri P. Ebeck | on behalf of Creditor Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com |
| Rosemary C. Crawford | crawfordmcdonald@aol.com PA68@ecfcbis.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

| District/off: 0315-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: May 10, 2023 | Form ID: 318 | Total Noticed: 56 |

TOTAL: 9